**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| **CRU TRANSPORTATION LLC** § | |
| § | |
| § | |
| **DEBTOR** § | **BANKRUPTCY CASE NO. 23-60547** |

<u>**BALANCE SHEET**</u>

## Balance Sheet

CRU TRANSPORTATION LLC

As of: 9/30/2023

10/10/2023 — Page 1 of 2

### Current Assets

| Code | Account | | Amount |
|---|---|---|---:|
| 1000 | FUB | | -7,791.45 |
| 1030 | Receivables | | 17,658.00 |
| 1031 | Deposit - PENSKE | | 40,000.00 |
| 1033 | Factoring - Reserve | | -13.57 |
| 2036 | Driver Loan | | 1,378.82 |
| | | Total Current Assets | 51,231.80 |

### Fixed Assets

| Code | Account | | Amount |
|---|---|---|---:|
| 1700.01 | Truck 6479 | | 131,111.59 |
| 1700.02 | Truck 8809 | | 131,111.59 |
| 1700.03 | Truck 0274 | | 138,977.00 |
| 1700.04 | Truck 9584 | | 204,601.72 |
| 1700.05 | Truck 9555 | | 204,601.72 |
| 1701.01 | Acc Depr - 6479 | | -131,111.59 |
| 1701.02 | Acxc Depr - 8809 | | -131,111.59 |
| | | Total Fixed Assets | 548,180.44 |
| | | Total Assets | 599,412.24 |

### Current Liabilities

| Code | Account | | Amount |
|---|---|---|---:|
| 2010 | Payables | | 3,468.24 |
| 2011 | American Express Credit Card | | 4,236.82 |
| 2030 | Payroll Taxes Due | | 3,658.13 |
| | | Total Current Liabilities | 11,363.19 |

### Long Term Liabilities

| Code | Account | | Amount |
|---|---|---|---:|
| 2500 | FUB Credit Line | | 188,937.24 |
| 2501 | William Hoffman Loan | | 90,000.00 |
| 2502 | FUB Equipment Line | | 387,580.09 |
| 2503 | Triple Crown Loan | | 47,404.25 |
| 2504 | Everest Loan | | 19,561.46 |
| 2505 | SBA - Ready Capital | | 303,500.00 |
| | | Total Long Term Liabilities | 1,036,983.04 |

### Equity

| Code | Account | | Amount |
|---|---|---|---:|
| 9499 | Opening Balance | | -264,578.34 |
| 9500.01 | Adam | | 64,531.69 |
| 9500.02 | Jordan | | -16,403.11 |
| 9500.03 | Jereell | | 124,000.00 |
| | | Total Equity | -92,449.76 |

| 10/10/2023 | Balance Sheet | CRU TRANSPORTATION LLC | | Page 2 of 2 |
|---|---|---|---|---|
| | | | Retained Earnings | -356,484.23 |
| | | | Total Liabilities/Equity | 599,412.24 |