**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **CRU TRANSPORTATION LLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 23-60547** |

## CASH FLOW STATEMENT

In re:

CHAPTER  **11**

## **CASH-FLOW STATEMENT**

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income for 12 Months Prior to Filing:    1,684,410.49

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2. Gross Monthly Income:    167,000

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor):    29,100
   4. Payroll Taxes:    10,345
   5. Unemployment Taxes:
   6. Worker's Compensation:
   7. Other Taxes:
   8. Inventory Purchases (including raw materials):
   9. Purchase of Feed/Fertilizer/Seed/Spray:
   10. Rent (other than debtor's principal residence):
   11. Utilities:
   12. Office Expenses and Supplies:
   13. Repairs and Maintenance:
   14. Vehicle Expenses:  Fuel    56,500
   15. Travel and Entertainment:
   16. Equipment Rental and Leases:    29,900
   17. Legal/Accounting/Other Professional Fees:    5,000
   18. Insurance:    12,600
   19. Employee Benefits (e.g., pension, medical, etc.):    1,800
   20. Payments to be Made Directly by Debtor to Secured Creditors for
      Pre-Petition Business Debts (Specify):    **None**
   21. Other (Specify):
     **Shipping**
     **Storage**
   22. Total Monthly Expenses (Add items 3 - 21)    144,545

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

   23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    22,455