**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **CRU TRANSPORTATION LLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 23-60547** |

### STATEMENT OF OPERATIONS

# Income Statement

CRU TRANSPORTATION LLC

All                        From : 1/1/2023  To: 9/30/2023

### Income

| | | | |
|---|---|---|---|
| 3000 | Transportation Revenue | | 1,206,500.85 |
| 3010 | Accessorial Revenue | | 15,231.74 |
| | | Total Income | 1,221,732.59 |

### Cost Of Sales

| | | | |
|---|---|---|---|
| 4000 | Purchased Transportation | | 5,958.25 |
| 4003 | Truck Lease | | 143,750.56 |
| 4003.01 | Trailer Lease | | 93,871.59 |
| 4004 | Electronic Log | | 3,684.55 |
| 4005 | Tow Expense | | 4,012.28 |
| 4006 | Toll Expense | | 15,500.20 |
| 4020 | Truck Fuel | | 481,794.91 |
| 4030 | Truck Maintenance | | 82,496.15 |
| 4031 | Truck Tires | | 11,498.55 |
| 4040 | Trailer Maintenance | | 34,468.71 |
| 4041 | Trailer Tires | | 17,957.39 |
| 4050 | Driver Payroll | | 303,474.06 |
| 4100 | Liability Insurance | | 166,434.73 |
| 4300 | Vehicle Licensing | | 14,266.63 |
| | | Total Cost Of Sales | 1,379,168.56 |
| | | Operating Profit/(Loss) | -157,435.97 |

### Expense

| | | | |
|---|---|---|---|
| 4007 | Scales | | 3,833.60 |
| 4009 | PARKING | | 1,962.61 |
| 4010 | LUMPER | | 16,562.47 |
| 5000 | Employee Payroll | | 55,293.10 |
| 5001 | Employee Payroll Taxes | | 24,446.06 |
| 5002 | Employee Benefits - Health Insurance | | 14,243.29 |
| 5003 | Employee Benefits - Dental | | -1,019.21 |
| 5011 | Invoice Adjustments | | -73.50 |
| 5202 | Office Supplies | | 397.80 |
| 5300 | Operations Software | | 7,276.66 |
| 5900 | Professional Fees | | 17,933.19 |
| 5950 | Interest Expense | | 64,571.23 |
| 5951 | Factoring Fees | | 26,137.58 |
| 6000 | Travel Expenses | | 155.04 |
| 6001 | Travel - Lodging | | 1,744.94 |
| 9000 | Taxes | | 14,598.40 |
| | | Total Expense | 248,063.26 |

| Account | Description | Amount |
|---|---|---|
| | Total All Income | 1,221,732.59 |
| | Total All Expenses | 1,627,231.82 |
| | Net Profit/Loss | -405,499.23 |