Fill in this information to identify the case:

Debtor Name __CRU Transportation LLC__

United States Bankruptcy Court for the: Western District of Texas

Case number: 23-60547_____

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __March 2024__

Date report filed: 4/24/24
MM / D / YYYY

Line of business: __Transportation__

NAISC code: 484121

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Adam Hoffman

Original signature of responsible party

Printed name of responsible party: Adam Hoffman

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____    Case number 23-60547 _____

17. Have you paid any bills you owed before you filed bankruptcy?     ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ 11,940.19

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.     $ 111,282.76

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.     – $ 111,947.95

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.     + $ -665.19

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ 11,275.00

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0.00

  *(Exhibit E)*

Debtor Name _____          Case number 23-60547

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ 15,350.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                      7

27. What is the number of employees as of the date of this monthly report?         6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 2000

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $

30. How much have you paid this month in other professional fees?                  11347.50

31. How much have you paid in total other professional fees since filing the case?     0     $

    0

    $

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | – | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 130,000.00 | – | $ 111,282.76 | = | $ 18,717.24 |
| 33. **Cash disbursements** | $ 120,000.00 | – | $ 111,947.95 | = | $ 8,052.05 |
| 34. **Net cash flow** | $ 10,000.00 | – | $ -665.19 | = | $ 9334.81 |

35. Total projected cash receipts for the next month:                             $ 130,000.00

36. Total projected cash disbursements for the next month:                      – $ 120,000.00

37. Total projected net cash flow for the next month:                           = $ 10,000.00

Debtor Name _____    Case number 23-60547_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

**X** 38. Bank statements for each open account (redact all but the last 4 digits of account

numbers). ☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**REGIONS** Regions Bank
1721 Wells Branch Pkwy.
Austin, TX 78728

CRU TRANSPORTATION LLC
DEBTOR IN POSSESSION
7731 MERRY OAKS CV
TEMPLE TX 76502-6165

**ACCOUNT #**     **7689**

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN BUSINESS SIMPLE CHECKING
### March 1, 2024 through March 29, 2024

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $3,799.08 | Minimum Balance | $174 |
| Deposits & Credits | $105,258.78 + | Average Balance | $3,527 |
| Withdrawals | $97,374.31 – | | |
| Fees | $499.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 – | | |
| **Ending Balance** | **$11,184.55** | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 03/01 | Card Credit Cash App*adam H  4829 San Francisco CA 94103  6475 | 145.41 |
| 03/04 | Phoenix Capital  Nacha File Cru Transporta 561467 | 1,109.00 |
| 03/05 | Phoenix Capital  Nacha File Cru Transporta 561574 | 3,236.50 |
| 03/06 | Phoenix Capital  Nacha File Cru Transporta 562513 | 11,742.84 |
| 03/07 | Phoenix Capital  Nacha File Cru Transporta 562636 | 2,589.00 |
| 03/08 | Phoenix Capital  Nacha File Cru Transporta 563321 | 2,080.75 |
| 03/11 | Phoenix Capital  Nacha File Cru Transporta 563845 | 2,482.87 |
| 03/12 | Phoenix Capital  Nacha File Cru Transporta 564660 | 6,336.50 |
| 03/13 | Phoenix Capital  Nacha File Cru Transporta 564924 | 3,699.00 |
| 03/14 | Phoenix Capital  Nacha File Cru Transporta 565699 | 8,573.27 |
| 03/15 | Phoenix Capital  Nacha File Cru Transporta 565766 | 3,314.00 |
| 03/18 | Phoenix Capital  Nacha File Cru Transporta 566361 | 4,809.00 |
| 03/18 | Wire Transfer Company Acquis | 1,800.00 |
| 03/20 | Phoenix Capital  Nacha File Cru Transporta 567498 | 10,451.50 |
| 03/21 | Phoenix Capital  Nacha File Cru Transporta 567945 | 5,751.50 |
| 03/22 | Phoenix Capital  Nacha File Cru Transporta 568819 | 1,851.50 |
| 03/22 | Phoenix Capital  Nacha File Cru Transporta 568559 | 8,449.00 |
| 03/25 | Phoenix Capital  Nacha File Cru Transporta 569122 | 3,895.73 |
| 03/26 | Phoenix Capital  Nacha File Cru Transporta 569599 | 4,581.50 |
| 03/27 | Phoenix Capital  Nacha File Cru Transporta 570090 | 7,896.50 |
| 03/28 | Phoenix Capital  Nacha File Cru Transporta 570925 | 1,266.50 |
| 03/29 | Phoenix Capital  Nacha File Cru Transporta 570995 | 9,196.91 |
| | Total Deposits & Credits | $105,258.78 |



**Thank You For Banking With Regions!**
2024 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Wells
1721 Wells Branch Pkwy.
Austin, TX 78728

CRU TRANSPORTATION LLC
DEBTOR IN POSSESSION
7731 MERRY OAKS CV
TEMPLE TX 76502-6165

**ACCOUNT #** ████ **7689**

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 03/01 | Wire Transfer Loadconnex | 2,769.97 |
| 03/04 | Card Purchase Tec Trailers Sp 5013 Sparks NV 89431 6475 | 139.39 |
| 03/04 | Card Purchase Cash App*joshua 4829 800-9691940 CA 94103 6475 | 140.00 |
| 03/04 | Wire Transfer Loadconnex | 1,829.19 |
| 03/05 | The Lane Law Fir Corp Coll Cru Transporta | 1,000.00 |
| 03/05 | Wire Transfer Loadconnex | 2,208.80 |
| 03/06 | Wire Transfer Loadconnex | 2,271.52 |
| 03/06 | EB to Checking # ████ 7697 Ref# 000000 0000025 | 6,402.05 |
| 03/07 | Chase Credit Crd Epay Adam Hoffman 7358396062 | 672.40 |
| 03/07 | Wire Transfer Loadconnex | 1,728.45 |
| 03/08 | Card Purchase Svc Fee Odot IN 9399 503-3786699 or 97302 6475 | 16.95 |
| 03/08 | Card Purchase Odot CCD 9399 503-3786699 or 97302 6475 | 706.28 |
| 03/08 | Tax_rev_wdt_ecks Trd Pmnt Cru Transporta 49609344 | 10.00 |
| 03/08 | Wire Transfer Loadconnex | 3,208.26 |
| 03/11 | Recurring Card Transaction Pcssoft.Com 5734 Pcssoft.Com TX 77042 6475 | 523.52 |
| 03/11 | KY.Gov Kytcmotorc Cru Transporta 502-875-3733 | 78.17 |
| 03/11 | KY.Gov Kytcmotorc Cru Transporta 502-875-3733 | 503.00 |
| 03/11 | Wire Transfer Loadconnex | 1,682.90 |
| 03/12 | Wire Transfer Loadconnex | 2,551.59 |
| 03/13 | Chase Credit Crd Epay Adam Hoffman 7371846485 | 545.70 |
| 03/13 | Wire Transfer Xtra Lease | 5,716.44 |
| 03/13 | Wire Transfer Loadconnex | 1,624.46 |
| 03/14 | Wire Transfer Loadconnex | 1,711.79 |
| 03/14 | EB to Checking # 0336987697 Ref# 000000 0000026 | 5,300.00 |
| 03/15 | Recurring Card Transaction Angelstudios/Dr 5815 Www.Angel.Com UT 84601 6475 | 21.60 |
| 03/15 | EB to Checking # ████ 7697 Ref# 000000 0000027 | 300.00 |
| 03/15 | Wire Transfer Loadconnex | 2,008.13 |
| 03/15 | Wire Transfer Loadconnex | 2,483.84 |
| 03/18 | Cru Transportati Sub V Trus Cru Transporta | 5,000.00 |
| 03/18 | Wire Transfer Loadconnex | 1,217.29 |
| 03/19 | Kansas Turnpike Ktag Pmnt Cru Transporta | 291.69 |
| 03/20 | Card Purchase Mvr Online.Com 5815 Httpswww.Mvro FL 32817 6475 | 88.50 |
| 03/20 | The Lane Law Fir Corp Coll Cru Transporta | 1,000.00 |
| 03/20 | Wire Transfer Loadconnex | 1,010.89 |
| 03/21 | EB to Checking # ████ 7697 Ref# 000000 0000028 | 5,300.00 |
| 03/21 | Wire Transfer Loadconnex | 1,617.51 |
| 03/22 | Chase Credit Crd Epay Adam Hoffman 7393589670 | 454.30 |
| 03/22 | Health Care Serv Obppaymt Cru Transporta 6137704914 | 1,603.36 |
| 03/22 | Wire Transfer Loadconnex | 2,868.18 |
| 03/22 | Wire Transfer Penske Truck L | 7,405.01 |
| 03/25 | Wire Transfer Loadconnex | 2,991.34 |
| 03/26 | Chase Credit Crd Epay Adam Hoffman 7401680814 | 565.16 |
| 03/26 | Wire Transfer Loadconnex | 1,307.92 |
| 03/27 | Wire Transfer Loadconnex | 2,130.06 |
| 03/27 | EB to Checking # ████ 7697 Ref# 000000 0000029 | 7,200.00 |
| 03/28 | Wire Transfer Loadconnex | 1,680.19 |
| 03/29 | Card Purchase Peak Industrial 7623 801-3631963 UT 84120 6475 | 1,728.64 |
| 03/29 | Blue Beacon 540 Payment C R U Transpor | 1,026.04 |
| 03/29 | Wire Transfer Loadconnex | 2,733.83 |

| | | |
|---|---|---|
| | Total Withdrawals | $97,374.31 |

**REGIONS**

Regions Bank
Wells
1721 Wells Branch Pkwy.
Austin, TX 78728

CRU TRANSPORTATION LLC
DEBTOR IN POSSESSION
7731 MERRY OAKS CV
TEMPLE TX 76502-6165

**ACCOUNT #** ████ 7689

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 4 |

## FEES

| | | | |
|---|---|---|---:|
| 03/11 | Analysis Charge | 02-24 | 484.00 |
| 03/18 | Wire Transfer Wire Fee | | 15.00 |
| | | **Total Fees** | **$499.00** |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 03/01 | 1,174.52 | 03/12 | 4,595.51 | 03/21 | 7,740.94 |
| 03/04 | 174.94 | 03/13 | 407.91 | 03/22 | 5,710.59 |
| 03/05 | 202.64 | 03/14 | 1,969.39 | 03/25 | 6,614.98 |
| 03/06 | 3,271.91 | 03/15 | 469.82 | 03/26 | 9,323.40 |
| 03/07 | 3,460.06 | 03/18 | 846.53 | 03/27 | 7,889.84 |
| 03/08 | 1,599.32 | 03/19 | 554.84 | 03/28 | 7,476.15 |
| 03/11 | 810.60 | 03/20 | 8,906.95 | 03/29 | 11,184.55 |

**EFFECTIVE 2-1-24, THE FOLLOWING FEES
HAVE BEEN DISCONTINUED:
NON-REGIONS ATM BALANCE INQUIRY FEE
REGIONS ATM MINI STATEMENT FEE
STATEMENT PRINTOUT FEE
SPECIAL INTERIM STATEMENT FEE
COPY SERVICES FEE**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|  | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
|  | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

# REGIONS

**Regions Bank**
Wells
1721 Wells Branch Pkwy.
Austin, TX 78728

CRU TRANSPORTATION LLC
DEBTOR IN POSSESSION
7731 MERRY OAKS CV
TEMPLE TX 76502-6165

**ACCOUNT #**     **7697**

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS SIMPLE CHECKING
### March 1, 2024 through March 29, 2024

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $734.23 | Minimum Balance | $88 |
| Deposits & Credits | $24,502.05 + | Average Balance | $1,203 |
| Withdrawals | $25,066.83 − | | |
| Fees | $79.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| **Ending Balance** | **$90.45** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/06 | EB From Checking # 7689 Ref# 000000 0000025 | 6,402.05 |
| 03/14 | EB From Checking # 7689 Ref# 000000 0000026 | 5,300.00 |
| 03/15 | EB From Checking # 7689 Ref# 000000 0000027 | 300.00 |
| 03/21 | EB From Checking # 7689 Ref# 000000 0000028 | 5,300.00 |
| 03/27 | EB From Checking # 7689 Ref# 000000 0000029 | 7,200.00 |
| | Total Deposits & Credits | $24,502.05 |

### WITHDRAWALS

| | | |
|---|---|---|
| 03/01 | Expertpay    Expertpay Cru Transporta 873377982 | 209.19 |
| 03/07 | Cru Transportati Cru Payrol Cru Transporta | 5,484.80 |
| 03/08 | Expertpay    Expertpay Cru Transporta 873377982 | 209.19 |
| 03/15 | Expertpay    Expertpay Cru Transporta 873377982 | 209.19 |
| 03/15 | Wire Transfer The Gym LLC | 6,463.01 |
| 03/21 | Cru Transportati Cru Payrol Cru Transporta | 4,904.91 |
| 03/22 | Expertpay    Expertpay Cru Transporta 873377982 | 209.19 |
| 03/28 | Cru Transportati Cru Payrol Cru Transporta | 7,168.16 |
| 03/29 | Expertpay    Expertpay Cru Transporta 873377982 | 209.19 |
| | Total Withdrawals | $25,066.83 |

### FEES

| | | |
|---|---|---|
| 03/11 | Analysis Charge    02-24 | 72.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2024 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Wells
1721 Wells Branch Pkwy.
Austin, TX 78728

CRU TRANSPORTATION LLC
DEBTOR IN POSSESSION
7731 MERRY OAKS CV
TEMPLE TX 76502-6165

**ACCOUNT #**          **7697**

| | |
|---|---:|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## FEES (CONTINUED)

| | | |
|---|---|---:|
| 03/29 | Monthly Fee | 7.00 |
| | Total Fees | $79.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/01 | 525.04 | 03/11 | 1,161.10 | 03/22 | 274.80 |
| 03/06 | 6,927.09 | 03/14 | 6,461.10 | 03/27 | 7,474.80 |
| 03/07 | 1,442.29 | 03/15 | 88.90 | 03/28 | 306.64 |
| 03/08 | 1,233.10 | 03/21 | 483.99 | 03/29 | 90.45 |

**EFFECTIVE 2-1-24, THE FOLLOWING FEES
HAVE BEEN DISCONTINUED:
NON-REGIONS ATM BALANCE INQUIRY FEE
REGIONS ATM MINI STATEMENT FEE
STATEMENT PRINTOUT FEE
SPECIAL INTERIM STATEMENT FEE
COPY SERVICES FEE**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

## Balance Sheet
### CRU TRANSPORTATION LLC
As of: 2/29/2024

| | | |
|---|---:|---:|
| Current Assets | | |
| Regions - Operation | $ | 3,799.08 |
| Regions - Payroll | $ | 8,141.11 |
| Receivables | $ | 12,500.00 |
| Deposit - PENSKE | $ | 40,000.00 |
| Factoring - Reserve | $ | 17,936.93 |
| Driver Loan | $ | 900.00 |
| Netspend 1 | $ | 50.00 |
| Netspend 2 | $ | 50.00 |
| Total Current Assets | $ | 83,377.12 |
| Fixed Assets | | |
| Total Fixed Assets | $ | - |
| Total Assets | $ | 83,377.12 |
| | | |
| Current Liabilities | | |
| American Express Credit Card | $ | 4,236.82 |
| Total Current Liabilities | $ | 4,236.82 |
| Long Term Liabilities | | |
| FUB Credit Line | $ | 188,787.24 |
| William Hoffman Loan | $ | 90,000.00 |
| FUB Equipment Line | $ | 387,580.09 |
| Everest Loan | $ | 54,970.50 |
| SBA - Ready Capital | $ | 299,319.29 |
| Total Long Term Liabilities | $ | 1,020,657.12 |
| Equity | | |
| Opening Balance | $ | (264,578.34) |
| Adam | $ | 260,262.45 |
| Jordan | $ | (16,403.11) |
| Jereell | $ | 104,000.00 |
| Total Equity | $ | 83,281.00 |
| | | |
| Retained Earnings | | -1,024,797.82 |
| Total Liabilities/Equity | $ | 83,377.12 |

### Cash Flow Statement
CRU TRANSPORTATION LLC
From : 2/1/2024  To: 2/29/2024

## Income

| | | |
|---|---|---|
| Cash Receipts | $ | 127,183.30 |
| Total Income | $ | 127,183.30 |

## Cost Of Sales

| | | |
|---|---|---|
| Leases | $ | 8,160.80 |
| Tolls/Scales | $ | 2,028.41 |
| Truck Fuel | $ | 46,454.02 |
| Maintenance | $ | 3,487.31 |
| Liability Insurance | $ | 10,122.98 |
| Vehicle Licensing | | |
| Total Cost Of Sales | $ | 70,253.52 |
| Operating Profit/(Loss) | $ | 56,929.78 |

## Expense

| | | |
|---|---|---|
| Bank Fees | $ | 560.00 |
| Driver Compliance | $ | 564.30 |
| Payroll | $ | 29,533.38 |
| Health Insurance | $ | 1,603.36 |
| Child Support | $ | 1,077.70 |
| Operations Software | $ | 523.52 |
| Professional Fees | $ | 2,000.00 |
| Factoring Fees | $ | 8,492.52 |
| Taxes | $ | 5,192.68 |
| Total Expense | $ | 49,547.46 |

| | | |
|---|---|---|
| Total All Cash Receipts | $ | 127,183.30 |
| Total All Cash Disbursements | $ | 119,800.98 |
| Net Cash Flow | $ | 7,382.32 |

## Bank Statement Reconciliation

3/6/2024

| | | | | | |
|---|---|---|---|---|---|
| Rec No | 32 | Bank Acct | 1002 | Cleared Debits | 122,641.29 | 45 |
| Rec Date | 2/2/2024 | Starting Bal | 819.70 | Cleared Credits | 119,661.91 | 76 |
| Start Date | 2/1/2024 | Ending Bal | 3,799.08 | Unreconciled | 0.00 |
| End Date | 2/29/2024 | | | | |

### Cleared Deposits And Other Additions

| Date | Type | Memo | Debit Amt |
|---|---|---|---|
| 2/1/2024 | Rct | simple | 1,000.00 |
| 2/1/2024 | Rct | integrity | 600.00 |
| 2/1/2024 | Rct | jear | 1,400.00 |
| 2/1/2024 | Rct | overide | 1,500.00 |
| 2/1/2024 | Rct | ascent | 500.00 |
| 2/2/2024 | ChkDet | | 900.00 |
| 2/5/2024 | Rct | ryan | 2,000.00 |
| 2/5/2024 | Rct | moeller | 790.00 |
| 2/6/2024 | Rct | bay | 4,500.00 |
| 2/6/2024 | Rct | ryan | 4,200.00 |
| 2/6/2024 | Dep | | 1,740.44 |
| 2/7/2024 | Dep | | 5,000.00 |
| 2/8/2024 | Rct | montgomery | 4,800.00 |
| 2/8/2024 | Rct | linehaul | 1,328.00 |
| 2/8/2024 | Rct | ryan | 2,000.00 |
| 2/9/2024 | Dep | | 1,000.00 |
| 2/12/2024 | Rct | ryan | 4,100.00 |
| 2/13/2024 | Rct | globetrotter | 4,412.00 |
| 2/13/2024 | Rct | tql | 5,400.00 |
| 2/13/2024 | Rct | integrity | 4,200.00 |
| 2/13/2024 | Rct | ease | 2,850.00 |
| 2/13/2024 | Rct | meagellan | 1,000.00 |
| 2/14/2024 | Rct | patterson | 6,100.00 |
| 2/14/2024 | Rct | set | 1,500.00 |
| 2/15/2024 | Rct | 204 | 1,250.00 |
| 2/16/2024 | Rct | 207 | 3,700.00 |
| 2/20/2024 | Rct | 210 | 5,500.00 |
| 2/20/2024 | Rct | 210 | 2,100.00 |
| 2/20/2024 | Rct | 211 | 4,800.00 |
| 2/20/2024 | Rct | 211 | 2,500.00 |
| 2/20/2024 | Rct | 211 | 1,650.00 |
| 2/20/2024 | Rct | 213 | 2,500.00 |
| 2/20/2024 | Dep | | 1,000.00 |
| 2/21/2024 | Rct | trinity | 1,540.00 |
| 2/21/2024 | Rct | 217 | 4,000.00 |
| 2/21/2024 | Rct | 217 | 1,700.00 |
| 2/26/2024 | Rct | Megacorp | 4,400.00 |
| 2/26/2024 | Rct | 220 | 2,180.85 |

| 2/26/2024 | Rct | 220 | | 700.00 |
| 2/26/2024 | Rct | 220 | | 2,400.00 |
| 2/26/2024 | Rct | tql | | 6,200.00 |
| 2/27/2024 | Rct | volta | | 2,900.00 |
| 2/27/2024 | Rct | scotlyn | | 2,700.00 |
| 2/28/2024 | Rct | 231 | | 3,700.00 |
| 2/28/2024 | Rct | scotlyn | | 2,400.00 |
| | | | Total | 122,641.29 |

## Cleared Checks And Other Deductions

| Date | Type | Check | Payee | Memo | Credit Amt |
|------|------|-------|-------|------|-----------|
| 2/1/2024 | Chk | | CRU TRANSPORTATION LLC | | 100.00 |
| 2/1/2024 | Chk | | GULF COAST BANK & TRUST | | 121.00 |
| 2/1/2024 | Chk | | GULF COAST BANK & TRUST | | 256.00 |
| 2/1/2024 | Chk | | OREGON DEPARTMENT OF TR/ | | 462.08 |
| 2/1/2024 | Chk | | NEW MEXICO TAX | | 703.70 |
| 2/5/2024 | Chk | | GULF COAST BANK & TRUST | | 210.25 |
| 2/5/2024 | Chk | | LANE LAW FIRM | | 1,000.00 |
| 2/7/2024 | Chk | | GULF COAST BANK & TRUST | | 653.50 |
| 2/7/2024 | Chk | | CT FUEL TAX | | 26.90 |
| 2/7/2024 | Chk | | CRU TRANSPORTATION LLC | | 5,150.00 |
| 2/8/2024 | Chk | | GULF COAST BANK & TRUST | | 151.00 |
| 2/8/2024 | Chk | | BLUE CROSS BLUE SHEILD | | 1,603.36 |
| 2/8/2024 | Chk | | PENSKE LEASING | | 1,755.80 |
| 2/9/2024 | Chk | | XTRA LEASE LLC | | 3,205.00 |
| 2/12/2024 | Chk | | CRU TRANSPORTATION LLC | | 100.00 |
| 2/12/2024 | Chk | | GULF COAST BANK & TRUST | | 308.50 |
| 2/12/2024 | Chk | | PCS | | 523.52 |
| 2/13/2024 | Chk | | TA SERVICES INC | | 74.01 |
| 2/13/2024 | Chk | | DFA LEASING | | 2,000.00 |
| 2/13/2024 | Chk | | GULF COAST BANK & TRUST | | 1,340.55 |
| 2/14/2024 | Chk | | PETRO | | 523.03 |
| 2/14/2024 | Chk | | GULF COAST BANK & TRUST | | 571.00 |
| 2/14/2024 | Chk | | CRU TRANSPORTATION LLC | | 8,500.00 |
| 2/15/2024 | Chk | | CHASE | | 521.10 |
| 2/15/2024 | Chk | | E-Z PASS | | 43.74 |
| 2/15/2024 | Chk | | MONTANYE, JAMES | | 1,442.01 |
| 2/16/2024 | Chk | | KTA | | 403.87 |
| 2/16/2024 | Chk | | GULF COAST BANK & TRUST | | 278.50 |
| 2/16/2024 | Chk | | CHASE | | 500.20 |
| 2/20/2024 | Chk | | LANE LAW FIRM | | 1,000.00 |
| 2/21/2024 | Chk | | CRU TRANSPORTATION LLC | | 7,200.00 |
| 2/23/2024 | Chk | | CHASE | | 559.50 |
| 2/26/2024 | Chk | | TA SERVICES INC | | 524.91 |
| 2/26/2024 | Chk | | LOVES TIRE | | 1,035.76 |
| 2/27/2024 | Chk | | PIE FINANCE CO, INC. | | 107.98 |
| 2/28/2024 | Chk | | GULF COAST BANK & TRUST | | 458.50 |

| Date | Type | Check | Payee | Memo | Amount |
|------|------|-------|-------|------|-------:|
| 2/28/2024 | Chk | | CRU TRANSPORTATION LLC | | 8,100.00 |
| 2/28/2024 | Chk | | FIRST INSURANCE | | 10,015.00 |
| 2/29/2024 | Chk | | THUMBS UP COMPLIANCE INC | | 564.30 |
| 2/29/2024 | Chk | | TA SERVICES INC | | 557.50 |
| 2/29/2024 | Chk | | BLUE BEACON INC | | 772.10 |
| 2/1/2024 | BillChk | 0 | LOAD CONNEX | | 1,306.02 |
| 2/2/2024 | BillChk | 0 | LOAD CONNEX | | 3,370.51 |
| 2/5/2024 | BillChk | 0 | LOAD CONNEX | | 1,216.86 |
| 2/6/2024 | BillChk | 0 | LOAD CONNEX | | 1,740.44 |
| 2/7/2024 | BillChk | 0 | LOAD CONNEX | | 2,491.87 |
| 2/8/2024 | BillChk | 0 | LOAD CONNEX | | 2,962.54 |
| 2/8/2024 | BillChk | 0 | LOAD CONNEX | | 1,714.94 |
| 2/9/2024 | BillChk | 0 | LOAD CONNEX | | 2,931.07 |
| 2/12/2024 | BillChk | 0 | LOAD CONNEX | | 1,166.15 |
| 2/13/2024 | BillChk | 0 | LOAD CONNEX | | 1,411.34 |
| 2/14/2024 | BillChk | 0 | LOAD CONNEX | | 2,438.99 |
| 2/15/2024 | BillChk | 0 | LOAD CONNEX | | 2,771.26 |
| 2/16/2024 | BillChk | 0 | LOAD CONNEX | | 4,339.55 |
| 2/16/2024 | BillChk | 0 | LOAD CONNEX | | 1,624.41 |
| 2/20/2024 | BillChk | 0 | LOAD CONNEX | | 2,304.83 |
| 2/20/2024 | Chk | 0 | IRS | 2023-4 Deposit 941 Taxes | 4,000.00 |
| 2/20/2024 | BillChk | 0 | LOAD CONNEX | | 1,000.00 |
| 2/20/2024 | BillChk | 0 | LOAD CONNEX | | 1,007.22 |
| 2/21/2024 | BillChk | 0 | LOAD CONNEX | | 1,712.78 |
| 2/23/2024 | BillChk | 0 | LOAD CONNEX | | 3,753.03 |
| 2/26/2024 | BillChk | 0 | LOAD CONNEX | | 1,366.97 |
| 2/27/2024 | BillChk | 0 | LOAD CONNEX | | 1,111.26 |
| 2/29/2024 | BillChk | 0 | LOAD CONNEX | | 1,402.08 |
| 2/29/2024 | BillChk | 0 | LOAD CONNEX | | 1,309.90 |
| 2/8/2024 | Chk | 195 | GULF COAST BANK & TRUST | | 460.20 |
| 2/15/2024 | Chk | 204 | GULF COAST BANK & TRUST | | 94.25 |
| 2/20/2024 | Chk | 210 | GULF COAST BANK & TRUST | | 571.00 |
| 2/20/2024 | Chk | 211 | GULF COAST BANK & TRUST | | 671.75 |
| 2/20/2024 | Chk | 213 | GULF COAST BANK & TRUST | | 188.50 |
| 2/21/2024 | Chk | 217 | GULF COAST BANK & TRUST | | 544.00 |
| 2/26/2024 | Chk | 220 | GULF COAST BANK & TRUST | | 727.02 |
| 2/26/2024 | Chk | 223 | GULF COAST BANK & TRUST | | 466.00 |
| 2/27/2024 | Chk | 228 | GULF COAST BANK & TRUST | | 421.00 |
| 2/15/2024 | BillChk | 3004 | BIG SKY UTILITY TRAILER SALE | | 1,200.00 |
| 2/9/2024 | Chk | 2092024 | REGIONS BANK | | 440.00 |
| | | | | Total | 119,661.91 |

Uncleared Items

| Date | Type | Check | Payee | Memo | Debit Amt | Credit Amt |
|------|------|-------|-------|------|----------:|-----------:|
| | | | | Total | 0.00 | 0.00 |

## Bank Statement Reconciliation                                                                3/6/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Rec No | 31 | Bank Acct | 1003 | Cleared Debits | 34,592.01 | 8 |
| Rec Date | 2/2/2024 | Starting Bal | 3,738.17 | Cleared Credits | 30,189.07 | 34 |
| Start Date | 2/1/2024 | Ending Bal | 8,141.11 | Unreconciled | 0.00 | |
| End Date | 2/29/2024 | | | | | |

### Cleared Deposits And Other Additions

| Date | Type | Memo | Debit Amt |
|---|---|---|---|
| 2/1/2024 | ChkDet | | 100.00 |
| 2/1/2024 | Dep | | 4,000.00 |
| 2/7/2024 | ChkDet | | 5,150.00 |
| 2/12/2024 | ChkDet | | 100.00 |
| 2/14/2024 | ChkDet | | 8,500.00 |
| 2/15/2024 | ChkDet | | 1,442.01 |
| 2/21/2024 | ChkDet | | 7,200.00 |
| 2/28/2024 | ChkDet | | 8,100.00 |
| | | Total | 34,592.01 |

### Cleared Checks And Other Deductions

| Date | Type | Check | Payee | Memo | Credit Amt |
|---|---|---|---|---|---|
| 2/2/2024 | Chk | | EXPERT PAY | | 209.19 |
| 2/2/2024 | Chk | | CRU TRANSPORTATION LLC | | 900.00 |
| 2/6/2024 | Chk | | REGIONS BANK | | 113.00 |
| 2/9/2024 | Chk | | EXPERT PAY | | 329.66 |
| 2/16/2024 | Chk | | EXPERT PAY | | 329.66 |
| 2/23/2024 | Chk | | EXPERT PAY | | 209.19 |
| 2/29/2024 | Chk | | REGIONS BANK | | 7.00 |
| 2/2/2024 | PayChk | 0 | HOFFMAN, MICHAEL | | 312.59 |
| 2/2/2024 | PayChk | 0 | HALE, MICHAEL | | 855.39 |
| 2/2/2024 | PayChk | 0 | JORDAN, TAWANA | | 1,383.39 |
| 2/2/2024 | PayChk | 0 | MONTANYE, JAMES | | 1,464.03 |
| 2/2/2024 | PayChk | 0 | MORTON, RONALD | | 1,421.93 |
| 2/2/2024 | PayChk | 0 | ROLLINS, HALLEY | | 1,247.40 |
| 2/9/2024 | PayChk | 0 | KIMBRO, ROBBIE | | 709.36 |
| 2/9/2024 | PayChk | 0 | HOFFMAN, MICHAEL | | 351.45 |
| 2/9/2024 | PayChk | 0 | HALE, MICHAEL | | 163.34 |
| 2/9/2024 | PayChk | 0 | JORDAN, TAWANA | | 488.47 |
| 2/9/2024 | PayChk | 0 | MONTANYE, JAMES | | 503.86 |
| 2/9/2024 | PayChk | 0 | MORTON, RONALD | | 1,348.52 |
| 2/9/2024 | PayChk | 0 | ROLLINS, HALLEY | | 1,247.40 |
| 2/16/2024 | PayChk | 0 | HALE, MICHAEL | | 1,205.02 |
| 2/16/2024 | PayChk | 0 | JORDAN, TAWANA | | 1,518.05 |
| 2/16/2024 | PayChk | 0 | KIMBRO, ROBBIE | | 753.60 |
| 2/16/2024 | PayChk | 0 | MONTANYE, JAMES | | 1,633.73 |
| 2/16/2024 | PayChk | 0 | ROLLINS, HALLEY | | 1,322.07 |

| Date | Type | Check | Payee | Memo | Debit Amt | Credit Amt |
|------|------|-------|-------|------|-----------|------------|
| 2/16/2024 | PayChk | 0 | HOFFMAN, MICHAEL | | | 312.59 |
| 2/16/2024 | PayChk | 0 | MORTON, RONALD | | | 1,426.86 |
| 2/23/2024 | PayChk | 0 | HALE, MICHAEL | | | 714.88 |
| 2/23/2024 | PayChk | 0 | JORDAN, TAWANA | | | 1,605.75 |
| 2/23/2024 | PayChk | 0 | MONTANYE, JAMES | | | 1,906.39 |
| 2/23/2024 | PayChk | 0 | MORTON, RONALD | | | 1,193.30 |
| 2/23/2024 | PayChk | 0 | ROLLINS, HALLEY | | | 1,247.40 |
| 2/23/2024 | PayChk | 0 | HOFFMAN, MICHAEL | | | 312.59 |
| 2/15/2024 | PayChk | 3002 | MONTANYE, JAMES | | | 1,442.01 |
| | | | | Total | | 30,189.07 |

Uncleared Items

| Date | Type | Check | Payee | Memo | Debit Amt | Credit Amt |
|------|------|-------|-------|------|-----------|------------|
| | | | | Total | 0.00 | 0.00 |